IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN L. SWARBRICK, CESAR LOPEZ, and ELIZABETH FESTEJO,

    Plaintiffs,

vs.

UMPQUA BANK, an Oregon state chartered bank, WESTERN SIERRA NATIONAL BANK, a federally chartered financial institution, and DOES 1 through 20, inclusive,

    Defendants.

No. CIV S-08-0532 MCE KJM

<u>ORDER</u>

    The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly reassign this case to another magistrate judge for any further proceedings which may be appropriate or required, and make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: 3/24/08

KIMBERLY J. MUELLER
U.S. Magistrate Judge

/////

1

```
 1                              NOTICE
 2        This case is reassigned to _Judge Dale A. Drozd_ as the new
 3   Magistrate Judge in this case.
 4   DATED: 3/26/08
 5                                        VICTORIA MINOR
 6
                                          By: [signature]
 7                                            Deputy Clerk
 8   swar0532.rec
```

2