REX DARRELL BERRY, State Bar No. 110219
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendant
UMPQUA BANK


DENNIS R. MURPHY, SBN 051215
MURPHY AUSTIN ADAMS SCHOENFELD LLP
PO Box 1319
Sacramento, CA 95812
(916) 446-2300
(916) 503-4000 FAX

Attorneys for Plaintiffs
STEPHEN L. SWARBRICK, CESAR LOPEZ, and ELIZABETH FESTEJO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN L. SWARBRICK, CESAR LOPEZ, and ELIZABETH FESTEJO,<br><br>Plaintiffs,<br><br>v.<br><br>UMPQUA BANK, an Oregon state chartered bank, WESTERN SIERRA NATIONAL BANK, a federally chartered financial institution, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:08-00532-MCE-DAD<br><br>**STIPULATION AND ORDER REGARDING FILING OF JOINT STATUS REPORT** |

### I. STIPULATION

The parties, through their undersigned counsel of record, hereby enter into the following stipulation:

1

**STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF PROCEEDINGS**

PDF created with pdfFactory trial version www.pdffactory.com

1. On January 23, 2008, Plaintiffs Stephen L. Swarbrick, Cesar Lopez, and Elizabeth Festejo filed a lawsuit in the Sacramento County Superior Court, State of California. On March 7, 2008, Defendant Umpqua Bank removed the matter to this Court.

2. On August 5, 2008, this Court ordered this matter into arbitration. (Dkt. No. 20.) As part of that order, this Court stayed all proceedings in the litigation pending completion of arbitration.

3. The parties have selected an arbitrator, and this matter is set for arbitration on July 22-24, 2009.

4. On March 3, 2009, this Court entered an order directing the parties to file a Joint Status Report which complies with the requirements of Rules 16 and 26 of the Federal Rules of Civil Procedure not later than May 4, 2009, with all parties participating. (Dkt. No. 23.)

5. The parties jointly request that, in light of the pending arbitration in this matter, the parties be excused from the reporting requirements of Rules 16 and 26 of the Federal Rules of Civil Procedure.

6. The parties jointly agree to file with the Court a joint status report at the conclusion of the arbitration.

Dated: March 10, 2009　　　　　　　　　　MURPHY AUSTIN ADAMS SCHOENFELD LLP


By: /s/ *Dennis Murphy, Esq.*
　　　Dennis Murphy, Esq.
　　　Attorneys for Plaintiffs


Dated: March 10, 2009　　　　　　　　　　BERRY & BLOCK, LLP


By: /s/ *Rex Darrell Berry, Esq.*
　　　Rex Darrell Berry, Esq.
　　　Attorneys for Defendant

PDF created with pdfFactory trial version www.pdffactory.com

## II. ORDER

Given the foregoing stipulation of the parties, and for good cause shown, it is hereby ordered as follows:

1. The parties are excused from the reporting requirements of Rules 16 and 26 of the Federal Rules of Civil Procedure pending the completion of arbitration proceedings; and

2. The parties shall file a joint status report with the Court not later than thirty (30) days following receipt of the arbitrator's decision in this matter if the matter is not resolved through arbitration.

IT IS SO ORDERED.

Dated: March 18, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com