UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEPHEN L. SWARBICK, CESAR LOPEZ and ELIZABETH FESTEJO,

       Plaintiffs,

  v.

UMPQUA BANK, WESTERN SIERRA NATIONAL BANK, and DOES 1 through 20, inclusive.

       Defendants.

No. 2:08-cv-00532-MCE-KJM

ORDER

----oo0oo----

On June 22, 2010, this Court issued an Order (Docket No. 48) denying a Motion by Defendant Umpqua Bank ("Defendant") to Confirm Satisfaction of Judgment paid to Plaintiffs Stephen L. Swarbick and Elizabeth Festejo ("Plaintiffs") pursuant to a December 30, 2009 "Final Arbitration Opinion and Award" issued in favor of Plaintiffs and subsequently confirmed by this Court.

///
///
///

1

1    We now address the attorney's fees requested by both
2 parties.  Pursuant to Section 18(f) of the Employment Agreement
3 between parties, "In the event of any arbitration or
4 litigation...the prevailing party shall be entitled to recover
5 from the losing party reasonable expenses, attorneys' fees and
6 costs incurred ...in the enforcement or collection of any
7 judgement or award rendered therein."  (Employment Agrmt. 9-10)
8 Parties agreed to apply the substantive law of California.
9 (Employment Agrmt. 9) California law permits recovery of attorney
10 fees when authorized by contract.  See Cal. Civ. Code 1717(a).
11     As the prevailing party, Plaintiffs are entitled to
12 reasonable expenses, attorney's fees and costs in defending
13 against Defendant's Motion to Confirm Satisfaction of Judgment.
14 Plaintiffs request $13,584.00 for fees incurred in opposing
15 Defendant's motion, reviewing the reply brief, and anticipated
16 time spent at hearing on Defendant's motion.  However, the Court
17 ordered the matter submitted on the briefings and vacated the
18 hearing.  Consequently, the Court will not allow recovery of
19 those projected fees.  Plaintiffs' counsel, Dennis Murphy, quotes
20 his hourly rate as $395.00.  Therefore, when subtracting the two
21 hours estimated for the anticipated hearing which did not occur,
22 Plaintiffs' total becomes $12,794.00.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  Based on the foregoing, Plaintiffs are entitled to
2 reasonable attorney's fees and costs in the amount of $12,794.00
3 and are awarded that amount.
4  IT IS SO ORDERED.

Dated: June 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE